SAM PAONESSA, Appellant, v. SAVERIO D'ALFONSO or DI ALFONSO, ANTONIO D'ANTONIO, NEW YORK FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondents. NEW YORK FEDERAL SAVINGS AND LOAN ASSOCIATION, Plaintiff, Respondent, v. SAVERIO D'ALFONSO (Also Known as SAVERIO DI ALFONSO), ANTONIO D'ANTONIO, Defendants, Respondents; SAM PAONESSA, Appellant.— Order denying appellant's motion to consolidate an action to impress a trust on certain real property with another action subsequently commenced by respondent New York Federal Savings and Loan Association to foreclose a mortgage on the same property, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

BARNET ROSALSKY, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— In an action by a purchaser from the defendant of an undivided share in a bond, secured by a mortgage, for damages resulting from the alleged failure of defendant to collect the indebtedness and to enforce the obligations set forth in an instrument guaranteeing payment of principal and interest, order denying motion of defendant to dismiss the complaint, pursuant to rule 113 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

ROSE CIOTTA SCANDARIATO, Appellant, v. FALL REALTY CORPORATION, Respondent.— Action for damages for personal injuries claimed to have been suffered by the plaintiff as a consequence of a fall down the stairs in an apartment house owned and controlled by the defendant. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MORRIS WEISS and FELICIA WEISS, Respondents, v. BELLA JACOBS, Amended to Read BELLA JACOBS TANNENBAUM, Appellant.— In an action by husband and wife to recover damages for personal injuries, and by the husband for loss of her services and medical expenses, resulting from the negligence of the defendant in failing to provide an adequate fire escape and maintain it in good working order, the defendant appeals from a judgment in favor of plaintiffs, entered on the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

EDWARD WIGHT, an Infant under the Age of 14 Years, by ANNA WIGHT, His Guardian ad Litem, and EDWARD R. WIGHT, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action brought on behalf of an infant plaintiff to recover damages for personal injuries sustained by reason of the alleged negligence of employees of defendant in operating its truck while the infant's leg was extended from the curb into the highway, and by his father for loss of services and expenses. Judgment for plaintiffs reversed on the facts and a new trial granted, with costs to appellant to abide the event. The verdict was against the weight of the credible evidence. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.